IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN MODERN SELECT INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 12-0502-CG-N ) |
| MARY ANN WITHERSPOON and TERRIE WITHERSPOON BLEDSON, | ) ) ) ) ) |
| Defendants | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 20, 2012, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that defendant's motion to dismiss this declaratory judgment action (doc. 25) be and is hereby **GRANTED** and that this action be and is hereby **DISMISSED without prejudice.**

**DONE and ORDERED** this 13th day of December, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE